# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3198

_____

BRYAN E. HUNT,

    Appellant,

    v.

NORTH FLORIDA REGIONAL
MEDICAL CENTER, INC.,
ALACHUA COUNTY FIRE AND
RESCUE, and GAINESVILLE
POLICE DEPARTMENT,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

July 9, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Bryan E. Hunt, pro se, Appellant.

Linda L. Winchenbach of John M. Green, Jr., P.A., Ocala, for Appellee Gainesville Police Department/City of Gainesville; Robert C. Swain of the Office of the Alachua County Attorney, Gainesville, for Appellee Alachua County Fire and Rescue; and Jenifer Worley and William T. Stone, Jr., of Saalfield Shad, P.A., Jacksonville, for Appellee North Florida Regional Medical Center.